UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARY IRWIN POND,<br><br>                 Petitioner,<br><br>    v.<br><br>SPOKANE COUNTY JAIL,<br><br>                 Respondent. | CASE NO. C19-6176 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's proposed federal habeas petition, Dkt. 1, is **DISMISSED without prejudice** for failure to prosecute; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 18th day of February, 2020.

                                              BENJAMIN H. SETTLE
                                              United States District Judge